

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00305-CV

**GUADALUPE MARRUGO,**

                                                                                        **Appellant**

 **v.**

**ENNIS EAGLE AUTO SALES,**

                                                                                        **Appellee**

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. 09-C-3515

## MEMORANDUM OPINION

Guadalupe Marrugo appeals the County Court at Law's dismissal of his appeal

to that court from an adverse ruling in the justice court. The Clerk of this Court notified

Marrugo by letter dated October 1, 2009 that this proceeding was subject to dismissal

for want of jurisdiction because it appeared that no appeal bond from the proceeding in

the justice court was filed and that Marrugo's affidavit of inability to pay the costs of an

appeal was untimely filed in the justice court. *See* TEX. R. CIV. P. 571, 572. The Clerk

warned Marrugo that the Court may dismiss this proceeding unless, within 21 days of

the date of the letter, a response was filed showing grounds for continuing the proceeding.

It has been more than 21 days and Marrugo has not responded to the Clerk's letter.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3, 44.3.

Further, absent a specific exemption, the Clerk of this Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009). Under the circumstances of this proceeding, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Marrugo.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed November 10, 2009
[CV06]